ROBERT E. SCHUMACHER
Nevada Bar No. 7504
SEAN D. THUESON
Nevada Bar No. 8690
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9319
Facsimile: (702) 255-2858
Email: rshumacher@gordonrees.com

*Attorneys for Defendants*
*Tersano (USA) LLC, a Wyoming Limited Liability Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EUNICE DOMINGUEZ, ANNETTE CLAYTON, MAGDALENA GUEVARA, MARIA BUSTOS, MARIA MENDEZ-QUIONEZ and MARIA LLAMAS, as Individuals and On Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OZONE SOLUTIONS, INC., an Iowa Corporation; TERSANO, INC.; a Foreign Corporation; TERSANO (INTERNATIONAL) SRL, a Foreign Corporation; TERSANO (USA) LLC, a Wyoming Limited Liability Company, and DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-1141-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

///
///
///
///
///
///
///

-1-

## STIPULATION AND ORDER TO DISMISS WITH PREJUDCIE

Defendants TERSANO, INC., TERSANO (INTERNATIONAL) SRL, and TERSANO (USA) LLC, ("Tersano"), by and through its counsel of record, Robert E. Schumacher, Esq. and Sean D. Thueson, Esq. of the law firm of GORDON REES SCULLY MANSUKHANI, LLP and Plaintiffs EUNICE DOMINGUEZ, ANNETTE CLAYTON, MAGDALENA GUEVARA, MARIA BUSTOS, MARIA MENDEZ-QUIONEZ and MARIA LLAMAS, ("Plaintiffs"), by and through their counsel of record, Ryan Alexander, Esq., of the law firm of RYAN ALEXANDER, CHTD, hereby stipulate and agree to dismiss this action in its entirety with prejudice, each side to bear its own fees and costs.

DATED this ___ day of December 2017.                   DATED this 19th day of December 2017.

**GORDON REES SCULLY**                                 **RYAN ALEXANDER, CHTD**
**MANSUKHANI, LLP**

_____                              _____
Robert E. Schumacher, Esq.                             Ryan Alexander, Esq.
Nevada Bar No. 7504                                    Nevada Bar No. 10845
Sean D. Thueson, Esq.                                  3017 West Charleston Blvd., Ste. 58
Nevada Bar No. 8690                                    Las Vegas, Nevada 89102
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101                                *Attorney For Plaintiffs*
                                                       *and on Behalf of Others Similarly Situated*
*Attorneys For Defendant*
*TERSANO (USA) LLC*

## ORDER

**IT IS HEREBY ORDERED** that the above entitled action is hereby dismissed in its entirety with prejudice, each side to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED this  27  day of     December      2017.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 20th day of December, 2017, and pursuant to Fed.R.Civ. P. 5, I served via CM/ECF and/ or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** postage prepaid and addresses (if necessary) to the following:

Ryan Alexander, CHTD.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 58
Las Vegas, Nevada 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
Email: ryan@ryanalexander.us

Robert Telles, Esq.
Nevada Bar No. 13597
**ACCOLADE LAW**
3017 West Charleston Blvd. Ste. 54
Las Vegas, Nevada 89102
Phone: (702) 337-3000
Fax: (702) 425-9953
Email: rob@accoladelaw.com

*Attorneys for Plaintiffs and on Behalf of Others Similarly Situated*

By: */s/ Chelsey Holland*
An Employee of Gordon Rees Scully Mansukhani, LLP

-4-